IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Ch'ville
NOV 28 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| LEROY M. THURSTON, JR., | CIVIL NO. 3:06cv00045 |
| *Plaintiff,* | |
| v. | ORDER and OPINION |
| AMERICAN PRESS, LLC, | |
| *Defendant* | JUDGE NORMAN K. MOON |

By order dated November 3, 2006 (docket entry no. 14), the Court gave Plaintiff fifteen days within which to file an amended complaint or risk dismissal.

Because it has come to the attention of the Court that Plaintiff stated that he did not receive this order, Plaintiff is hereby given seven days to file an amended complaint. If Plaintiff is unable to amend or chooses not to amend within the time allotted, the Court will grant Defendant's motion and order this case dismissed.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to both parties.

ENTERED: _____
United States District Judge

Nov. 28, 2006
Date