CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 0 8 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LEROY M. THURSTON, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> AMERICAN PRESS, LLC, <br><br> *Defendant* | CIVIL NO. 3:06cv00045 <br><br><br> ORDER and OPINION <br><br><br> JUDGE NORMAN K. MOON |

Plaintiff's original complaint in this case was filed September 9, 2006 (docket entry no. 3). The Court subsequently granted Defendant's motion to dismiss by order dated November 3, 2006 and granted Plaintiff additional time in which to file an amended complaint.

Plaintiff filed two sets of documents on December 5, 2006. The Court hereby views these documents as an amended complaint filed as of today setting forth causes of action based on Plaintiff's allegation that Defendant refused to hire him in 2000 and again in 2005.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to both parties.

ENTERED: /s/ Norman K. Moon
United States District Judge

December 8, 2006
Date